# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Mark and Margaret Knickerbocker, | ) | Case No. 17-02018 |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| PATRICK S. LAYNG, | ) | |
| United States Trustee for Region 19 | ) | Adv. Pro. 17-02018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Mark and Margaret Knickerbocker, | ) | |
| | ) | |
| Defendants. | ) | |

_____

# DISCOVERY PLAN REPORT
_____

Pursuant to the Court's Order Setting Pretrial Scheduling Conference (Adv. Doc. # 4), the following joint discovery plan report is filed by the above captioned parties (the "**Parties**"):

**1.    Settlement Conference.**  Pursuant to Bankruptcy Rule 7026(f) and Wyoming LBR 7016-1 and 7026-1, on April 26, 2017, the Parties conferred and discussed (a) the nature and basis of their claims and defenses; and (b) the possibilities for a prompt settlement or resolution of the case.  The Parties were unable to resolve the issues within the adversary proceeding and did not settle the case.

1

**2.     Pre-Discovery Disclosures.**     The Parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by August 15, 2017.

**3.     Discovery and Scheduling Plan.**

a)     Discovery will be needed before trial on the subjects of the merits of the Plaintiff's claims and on the merits of the Defendants' defenses, but the discovery will not delay motions for summary judgment or oppositions thereto.  All discovery should be completed by September 30, 2017.  The Parties hereby consent to allowing each party to depose more than three (3) individuals if deemed necessary.

(b)     The Parties anticipate that the Court will set deadlines for the amendment of pleadings, the filing of dispositive motions, and trial.

Dated:  July 31, 2017.

Respectfully submitted,

| PATRICK S. LAYNG<br>UNITED STATES TRUSTEE<br>REGION 19<br><br>  /s/ Daniel Morse<br>By: Daniel J. Morse<br>Assistant U.S. Trustee, District of Wyoming<br>308 West 21st Street, Room 203<br>Cheyenne, WY 82001<br>Direct Line: 307-772-2793 | <br><br><br><br>   /s/ Ken McCartney<br>By:<br>Ken McCartney<br>The Law Offices of Ken McCartney, P.C.<br>P.O. Box 1364<br>Cheyenne, WY 82003<br>307-635-0555<br>Fax : 307-635-0585<br>Email: bnkrpcyrep@aol.com |
|---|---|

2